UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRIGGS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>APARTMENT MANAGER,<br><br>　　　　Respondent. | Case No. 25-cv-04425-EMC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 23, 2025, Petitioner Ronnie Briggs filed a *pro se* petition for writ of mandamus. On the same day the action was filed, the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* (IFP) application. ECF No. 2. The Clerk of the Court sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. *Id.* More than twenty-eight days have passed and Petitioner has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court. The matter is therefore **DISMISSED WITHOUT PREJUDICE**. Any motion to reopen this matter must be accompanied by the filing fee or an IFP application.

　　　　The Clerk shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: August 1, 2025

EDWARD M. CHEN
United States District Judge